Leon STAMBLER, Appellant

v.

MASTERCARD INTERNATIONAL INC., Appellee

2017-1272

United States Court of Appeals, Federal Circuit.

November 13, 2017

BRENT N. BUMGARDNER, Nelson Bumgardner PC, Fort Worth, TX, argued for appellant. Also represented by THOMAS CECIL; ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL.

ELIOT DAMON WILLIAMS, Baker Botts, LLP, Palo Alto, CA, argued for appellee. Also represented by ROBERT C. SCHEINFELD, CHRISTOPHER PATRICK, New York, NY.

(Dyk, Bryson, and Reyna, Circuit Judges).

(Prost, Chief Judge, Wallach and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT